IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **LEAF FUNDING, INC.,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. : 3:06-CV-00938** |
| | : | **Judge Echols** |
| **EMANUELE BUTERA d/b/a** | : | |
| **WHATINUSA.COM LLC, d/b/a** | : | |
| **B-FLATS DUELING PIANO BAR OF** | : | |
| **COOL SPRINGS, LLC, d/b/a** | : | |
| **AMERICAN CLUB SYSTEMS, INC. d/b/a** | : | |
| **FITNESS EXPRESS MGT** | : | |
| **OF NASHVILLE LLC, d/b/a** | : | |
| **FITNESS EXPRESS - MGT CORPORATION,** | : | |
| **d/b/a WORLD GYM, d/b/a** | : | |
| **BAHAMA MAMMA'S OF** | : | |
| **COOL SPRINGS, LLC** | : | |
| **JENNIFER BUTERA,** | : | |
| **DIRK W. PARKINSON,** | : | |
| **BRIAN K. BALL,** | : | |
| **TOTAL FITNESS SYSTEMS, LLC,** | : | |
| **FITNESS EXPRESS LLC, of MOUNT JULIET** | : | |
| **d/b/a WORLD GYM of MOUNT JULIET,** | : | |
| **FITNESS EXPRESS, LLC of SPRING HILL,** | : | |
| **d/b/a WORLD GYM of SPRING HILL,** | : | |
| **FITNESS EXPRESS of SMYRNA, LLC** | : | |
| **d/b/a WORLD GYM OF SMYRNA,** | : | |
| **FITNESS EXPRESS, LLC of GALLATIN** | : | |
| **d/b/a WORLD GYM OF GALLATIN,** | : | |
| **FITNESS EXPRESS, LLC** | : | |
| **d/b/a WORLD GYM OF COOL SPRINGS,** | : | |
| **FITNESS EXPRESS OF** | : | |
| **CHATTANOOGA LLC, d/b/a** | : | |
| **WORLD GYM OF CHATTANOOGA I,** | : | |
| **BAHAMA MAMMA'S OF** | : | |
| **SPRING HILL, LLC, FITNESS EXPRESS** | : | |
| **OF JENKINS ROAD, LLC, d/b/a** | : | |
| **WORLD GYM CHATTANOOGA II, and** | : | |
| **LEAR FITNESS LLC,** | : | |
| | : | |
| **Defendants.** | : | |

**ORDER MODIFYING THE PRELIMINARY INJUNCTION ORDER**

UPON, Plaintiff's *Motion to Modify Preliminary Injunction Order,* after notice and opportunity for hearing, and this Court having found sufficient cause for the granting hereof, it is hereby

**ORDERED**, that the Preliminary Injunction Order is hereby modified to authorize the Plaintiff to withdraw Bond Number 7585934 in the amount of $400,000.00, posted on October 12, 2006 for securing the issuance of Temporary Restraining Order (hereinafter "Bond") and it is further

**ORDERED,** that Leaf Funding, Inc., as principal and Fidelity & Deposit Company of Maryland as surety are hereby released and discharged from all obligations arising from and related to the Bond.

**SO ORDERED** this 13th day of March, 2008

_____
JUDGE, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE